UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA ANYATA,

        Plaintiff,

-against-

UNITED STATES OF AMERICA,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/31/2023
```

22-CV-2405 (GHW) (BCM)

**ORDER SCHEDULING ORAL ARGUMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court will conduct oral argument on the pending motion to intervene (Dkt. 30) on **June 28, 2023, at noon**, in Courtroom 20A of the Daniel Patrick Moynihan Courthouse.

Dated: New York, New York
       May 31, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**