UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA ANYATA,

        Plaintiff,

-against-

UNITED STATES OF AMERICA,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/06/2023
```

22-CV-2405 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's proceeding, the parties (including the proposed intervenors) shall submit short supplemental letter-briefs addressing the operation of N.Y. C.P.L.R. § 1601 in the event the pending intervention motion (Dkt. 30) is denied; in particular, whether the allegedly culpable conduct of Dr. Bumol and/or Montefiore Medical Group-Williamsbridge would be excluded from ("not considered" in) any § 1601 equitable share calculation performed in New York Supreme Court, Bronx County by reason of plaintiff's inability to obtain jurisdiction over those non-parties in New York Supreme Court, Bronx County.

    The letter-briefs shall be filed no later than **July 14, 2023**. If, by that date, the parties have come to an agreement with respect to intervention, they shall instead file a joint letter advising the Court of their agreement and attaching any necessary stipulation to be so-ordered by the Court.

Dated: New York, New York
       July 6, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**