

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

October 20, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/23
```

**MEMO ENDORSED**

**By ECF**
The Honorable Barbara Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Anyata v. United States of America*, No. 22 Civ. 2405 (GHW) (BCM)

Dear Judge Moses:

      This Office represents the United States of America (the "Government") in the above-referenced medical malpractice action brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*. I write to respectfully request a brief adjournment of the initial case management conference currently scheduled for November 7, 2023. *See* ECF No. 62.

      I am the Assistant United States Attorney assigned to handle this matter and I have a previously scheduled court conference before the Honorable Sean H. Lane, United States Bankruptcy Court, on November 7, 2023, at 10:00 A.M., which involves a *pro se* debtor. Accordingly, the Government respectfully requests that the initial conference in this matter be adjourned from November 7, 2023, to November 6 or November 21, 2023, or to a date convenient to the Court.

      This is the Government's first request for an adjournment. Plaintiff and the non-federal defendants consent to the requested adjournment, and counsel for all parties are available on November 6 and November 21.

      I thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:    /s/ *Dana Walsh Kumar*
      Dana Walsh Kumar
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2741

---

> The conference scheduled for November 7, 2023 is ADJOURNED to **November 27, 2023** at **11:00 a.m.** No later than **November 20, 2023**, the parties shall submit a joint status letter containing the information specified in the Court's initial scheduling order dated October 2, 2023. (*See* Dkt. 62 ¶¶ 1-8.) SO ORDERED.
>
> *[signature]*
> Barbara Moses
> United States Magistrate Judge
> October 23, 2023