USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/17/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA ANYATA,

        Plaintiff,

-against-

UNITED STATES OF AMERICA,

        Defendant.

22-CV-2405 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's conference, the fact discovery deadline is extended to **October 15, 2024**. The parties must promptly meet and confer in good faith regarding any remaining discovery issues, including plaintiff's demand for Montefiore's 2017 "policies and protocols," and/or the indices thereto. Any discovery letter-motion, including but not limited to a motion for spoliation sanctions pursuant to Fed. R. Civ. P. 37(e) must be filed no later than **September 24, 2024**, in accordance with Local Civil Rule 37.2 and this Court's individual practices. The opposition letter must be filed no later than **October 1, 2024**. Any reply letter must be submitted no later than **October 4, 2024**. Letter-motions are limited to five pages, exclusive of attachments.

Dated: New York, New York
       September 17, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**