UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA ANYATA,

        Plaintiff,

-against-

UNITED STATES OF AMERICA, et al.,

        Defendants.

22-CV-2405 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's discovery conference, plaintiff's discovery letter-motion (Dkts. 81, 82) is GRANTED IN PART.

1. The fact discovery schedule is hereby extended to **November 29, 2024**, for the following limited purposes:

    a. The Montefiore defendants must produce all 19 protocols requested on October 1, 2024 (*see* Dkt. 83-2), in their 2017 form, no later than **October 25, 2025**.

    b. Plaintiff may request no more than one round of follow-up discovery, from the Montefiore defendants only, after receipt of the requested protocols.

    c. Should any dispute arise concerning this additional fact discovery, the parties must meet and confer in good faith, and promptly bring any remaining dispute to the Court in the form of a joint letter.

2. The expert discovery schedule is extended as follows:

    a. Disclosure of expert evidence must be made no later than **January 15, 2025**.

    b. Disclosure of expert evidence intended solely to contradict or rebut expert evidence must be made no later than **February 27, 2025**.

    c. All expert discovery must be completed no later than **April 14, 2025**.

3. Judge Moses will conduct a further status conference on **March 10, 2025,** at **10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **March 3, 2025**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts.

4. All relief not expressly granted herein is DENIED.

Dated: New York, New York
       October 23, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**