YOELI GOTTLIEB & ETRA LLP
ATTORNEYS-AT-LAW
260 MADISON AVENUE – 18TH FL.
NEW YORK, NY 10016

**MEMO ENDORSED**

TEL: 212.472.7270
FAX: 212.579.0814
hwallace@yogolaw.com

February 27, 2025

<u>VIA ECF</u>

Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

> Application GRANTED to the extent that the conference scheduled for March 10, 2025 and all discovery deadlines are adjourned *sine die*. It is hereby ORDERED that the parties must submit an update letter regarding the status of settlement no later than **March 28, 2025**. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> February 28, 2025

Re.:    Anyata v. Montefiore, et al.
        Case No.: 22-CV-2405-GHW-BCM

Dear Judge Moses:

This firm represents the non-federal Montefiore Defendants (the "Montefiore Defendants") in this matter.

Pursuant to Your Honor's Order, dated October 23, 2024, the parties are pleased to inform the Court that the parties have reached an agreement to settle the matter. Settlement stipulations are in the process of being drafted for submission in the near future.

As part of the settlement agreement, Plaintiff has agreed to discontinue the action against all individually named defendants. The United States of America and Montefiore Medical Center are both contributing to settlement.

Given that the parties have reached an agreement, we respectfully request an adjournment of all discovery deadlines, including the March 10, 2025 conference date, to allow the parties time to draft and execute the appropriate documents regarding the details of the settlement.

Respectfully submitted,

YOELI GOTTLIEB & ETRA LLP

*Hillary A. Wallace*
_____
Hillary A. Wallace, Esq.
Attorneys for the Montefiore Defendants
260 Madison Avenue, 18th Fl.
New York, NY 10016
(212) 472-7270
hwallace@yogolaw.com


cc:  All parties (by ECF)